UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL MARIE RUCKER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 13-13908

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [18], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [17], AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [1]**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [18]. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation,[1] in accordance with 28 U.S.C. § 636(b)(1), the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for summary judgment [1] is DENIED,[2] Defendant's motion for summary judgment [17] is GRANTED, the findings of the Commissioner are AFFIRMED, and the case is hereby DISMISSED.

SO ORDERED.

---

[1] Timely objections were not filed.

[2] Similar to the Magistrate Judge (ECF No. 18, R&R at 1 n.2, 10), this Court treats the Causes of Action identified in Plaintiff's complaint as her motion for summary judgment.

                S/Nancy G. Edmunds  
                Nancy G. Edmunds  
                United States District Judge

Dated: September 12, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 12, 2014, by electronic and/or ordinary mail.

                S/Carol J. Bethel  
                Case Manager